IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Baltimore Division

| | |
|---|---|
| **KATHERINE GRUNDMANN GRUNDY,** ) | |
| ) | |
| *Plaintiff*, ) | |
| ) | |
| v. ) | No. 1:20-cv-02010-ELH |
| ) | |
| **UNIVERISTY OF MARYLAND SCHOOL** ) | |
| **OF MEDICINE, et al.** ) | |
| ) | |
| *Defendants*. ) | |

## STIPULATION OF PARTIAL DISMISSAL

Plaintiff Dr. Katherine Grundmann Grundy ("Grundy") and Defendants University of Maryland School of Medicine, University of Maryland, Baltimore, and The Board of Regents of the University System of Maryland ("Defendants") (collectively, the "Parties"), by and through their respective undersigned counsel, hereby stipulate and agree that the University of Maryland, Baltimore is the proper defendant in the above reference case matter. Therefore, the Parties stipulate to the dismissal of the University of Maryland School of Medicine and The Board of Regents of the University System of Maryland, only.  The University of Maryland, Baltimore is not dismissed and remains as a party defendant.

1

Respectfully submitted,

|  |  |
|---|---|
|  | BRIAN E. FROSH<br>Attorney General of Maryland |
| By**:** */s/ **Kellee Boulais Kruse*** | By: **Christopher B. Lord** |
| Kellee Boulais Kruse<br>R. Scott Oswald<br>THE EMPLOYMENT LAW GROUP, P.C.<br>888 17th Street, NW, Suite 900<br>Washington, DC 20006<br>Telephone: (202) 261-2838<br>Fax: (202) 261-2835<br>kkruse@employmentlawgroup.com<br>soswald@employmentlawgroup.com<br><br>*Counsel for Plaintiff* | Christopher B. Lord (Bar No. 26117)<br>Office of the Attorney General<br>200 Saint Paul Place, 17th Floor<br>Baltimore, Maryland 21202<br>Telephone: (410) 576-6559<br>Fax: (410) 576-6437<br>clord@oag.state.md.us<br><br>*Counsel for Defendants* |

**<u>ORDER</u>**

IT IS SO ORDERED:

_____
Ellen L. Hollander
United States District Judge

DATED: _____